# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2655

_____

David Oren,                                         *
                                                    *
            Appellant,                              *
                                                    *    Appeal from the United States
      v.                                            *    District Court for the District
                                                    *    of South Dakota.
United Transnet, Inc., doing business as            *
Courier Dispatch,                                   *          [UNPUBLISHED]
                                                    *
            Appellee.                               *

_____

Submitted: May 10, 1999
Filed: May 20, 1999

_____

Before RICHARD S. ARNOLD, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

David Oren appeals from a district court order that denied him relief in an action for overtime violations brought under the Fair Labor Standards Act. Having reviewed the record and the parties' submissions in the context of Oren's contentions, our review satisfies us that an opinion will have no precedential value in this fact-intensive case. We further conclude the district court's fact-findings are not clearly erroneous and no error of law appears. We thus affirm the judgment of the district court without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.